No. D–2036. IN RE DISBARMENT OF ATKIN. Sanford I. Atkin, of Cleveland, Ohio, is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2037. IN RE DISBARMENT OF SCHULMAN. Robert D. Schulman, of New York City, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2038. IN RE DISBARMENT OF GOLDSWEIG. Susan Goldsweig, of Yonkers, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. D–2039. IN RE DISBARMENT OF LEVENE. Robert G. Levene, of Tustin, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2040. IN RE DISBARMENT OF TIERNAN. Gerald James Tiernan, of San Francisco, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2041. IN RE DISBARMENT OF MANNING. Lawrence Paul Manning, of San Francisco, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2042. IN RE DISBARMENT OF BUTLER. Philip Gale Butler, Jr., of Greenville, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.